# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE PREMISES KNOWN AS 1465 HOOKSETT ROAD #1358, HOOKSETT, NH DESCRIBED FULLY IN ATTACHMENT A, INCLUDING VEHICLES LOCATED THEREON, AND THE PERSON OF STUART ADAMS | Case No. 20-mj-213-01-AJ |

### APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of New Hampshire, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC §1470 | Transfer or Attempted Transfer of Obscene Material to Minors |

The application is based on these facts:
Affidavit of Special Agent Tarah Rankins

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Tarah Rankins
*Applicant's signature*

Tarah Rankins, Special Agent FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic conference *(specify reliable electronic means)*.

Andrea K. Johnstone
*Judge's signature*

Date: Nov 18, 2020

City and state: Concord, NH

Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*